# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3179
_____

DOMONIC DAISEE ROBINSON,

Petitioner,

v.

FLORIDA FINANCIAL SERVICES,
RISK MANAGEMENT,

Respondent.

_____


Petition for Writ of Prohibition—Original Jurisdiction.

February 21, 2024

PER CURIAM.

DISMISSED.

BILBREY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____



Domonic Daisee Robinson, pro se, Petitioner.

No appearance for Respondent.